IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-2329-AP**

**RONALD R. MONTANO,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

On February 25, 2014, this court issued an Order to Show Cause requiring plaintiff, Ronald R. Montano, to show cause in writing why service was not made within 120 days of the filing of the Complaint.  Plaintiff did not respond.  It is, therefore

ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this 11th day of March, 2014.

                BY THE COURT:

                *s/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT